**In the Matter of Steven F. HERRON.**

**No. 150 Disciplinary Docket No. 3. Board File No. C1–95–675.**

Supreme Court of Pennsylvania.

Dec. 19, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 18th day of December, 1995, Steven F. Herron having been suspended from the practice of law in the State of New Jersey for a period of one year by Order of the Supreme Court of New Jersey dated May 18, 1995; the said Steven F. Herron having been directed on October 16, 1995, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Steven F. Herron is suspended from the practice of law in this Commonwealth for a period of one year, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

MONTEMURO, J., participates by designation as a senior judge as provided by Pa.R.J.A. No. 701(f).

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Raymond W. HOVSEPIAN, Respondent.**

**No. 168 Disciplinary Docket No. 3. Disciplinary Board No. 158 DB 95.**

Supreme Court of Pennsylvania.

Dec. 28, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of December, 1995, there having been filed with this Court by Raymond W. Hovsepian his verified Statement of Resignation dated November 10, 1995, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Raymond W. Hovsepian be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.